

SUSAN HAWK
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

AP-77,030
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/17/2015 10:09:32 AM
Accepted 2/17/2015 11:40:15 AM
ABEL ACOSTA
CLERK

February 17, 2015

Abel Acosta, Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

February 18, 2015

ABEL ACOSTA, CLERK

Re:     Court of Criminal Appeals No. AP-77,030;
        Trial Court Cause No. F12-23749-W;
        *Matthew Lee Johnson v. The State of Texas*

Dear Mr. Acosta:

The State is in receipt of this Court's February 13, 2015 letter. The undersigned attorney will present oral argument on behalf of the State in the above-mentioned case on March 18, 2015.

Sincerely,

Christine Womble
Assistant District Attorney
State Bar No. 24035991
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3625
(214) 653-3643 *fax*

cc:     John Tatum
        990 South Sherman Street
        Richardson, Texas 75081

Frank Crowley Courts Building, 133 North Riverfront Boulevard, LB-19 Dallas, Texas 75207-4399  (214) 653-3600